UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUN 28 2006
U. S. DISTRICT COURT
E. DISTRICT OF MO.

MERIDIAN ENTERPRISES )
CORPORATION, )
 )
           Plaintiff, )
 )
vs. ) Case No. 4:04cv1522 DJS JCH
 )
WILDCARD SYSTEMS, INC. )
 )
           Defendant. )

### CONSENT JUDGMENT AND ORDER
### FOR CASE OF MERIDIAN v. DEFENDANT WILDCARD SYSTEMS, INC.

Plaintiff, Meridian Enterprises Corporation ("Meridian"), filed its complaint in the United States District Court for the Eastern District of Missouri for infringement of its United States Letters Patent No. 5,025,372 by Wildcard Systems, Inc. ("WILDCARD"). Meridian and WILDCARD hereby stipulate, agree and consent that the following Judgment should be entered:

IT IS ORDERED, ADJUDGED AND DECREED:

1. The Court has jurisdiction of the subject matter and Meridian and WILDCARD.

2. Meridian is the owner of the entire right, title and interest in and to United States Letters Patent No. 5,025,372 ("the '372 Patent.").

3. WILDCARD admits that it is not aware of any facts or circumstances that would render the '372 patent invalid or unenforceable.

4. All other claims and/or counterclaims between Meridian and WILDCARD herein are otherwise dismissed, with prejudice, each party will bear its own costs, expenses and attorneys fees.

Dated this 28th day of June, 2006.

_____
JUDGE, United States District Court
Eastern District of Missouri

Presented by:

WOODARD, EMHARDT, MORIARTY
McNETT & HENRY LLP

_____
Spiro Bereveskos
Daniel J. Lueders
Steve Zlatos
Attorneys for Plaintiff, Meridian Enterprises Corporation


POLSINELLI SHALTON WELTE SUELTHAUS PC

_____
Helmut Starr, Esq.
Graham L. Day, Esq.
Attorneys for Defendant, Wildcard Systems, Inc.